MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>    v.                                                    )<br>                                                              )<br>PAUL SPENCER MACKINNON,          )<br>                                                              )<br>           Defendant.                          )<br>_____ ) | No. CR 11-0312 SBA<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO SET CHANGE OF PLEA<br>FOR JUNE 5, 2012 AND TO EXCLUDE<br>TIME FROM MAY 17, 2012 TO ~~JUNE 5,<br>2012~~ JUNE 12, 2012** |

   The district court vacated status conference set for May 11, 2012, and ordered that any future status conference be held before the magistrate.  For this reason, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

   1.  This matter shall be set for a change of plea before this Court on June 5, 2012 at 10:00 a.m.

   2.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 17, 2012 to June 5, 2012.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

ORDER SETTING CHANGE OF PLEA AND EXCLUDING TIME
CR 11-0312 SBA

into account the exercise of due diligence and the need for defense counsel to review discovery and conduct investigation, as well as provide discovery to the government.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 17, 2012 to June 5, 2012, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from May 17, 2012 to June 5, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 17, 2012                          /s/
                                             JOHN RUNFOLA
                                             Counsel for Paul Spencer Mackinnon

DATED: May 17, 2012                          /s/
                                             BRIAN C. LEWIS
                                             Assistant United States Attorney

IT IS SO ORDERED.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED this matter shall be scheduled for a change of plea on **June 12, 2012, at 10:00 a.m.** Time from May 18, 2012, to June 12, 2012, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of counsel, taking into consideration due diligence. The Court finds there is good cause and that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

DATED: 5/18/12                               Saundra B Armstrong

ORDER SETTING CHANGE OF PLEA AND EXCLUDING TIME
CR 11-0312 SBA                          -2-

1
2

                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SETTING CHANGE OF PLEA AND EXCLUDING TIME
CR 11-0312 SBA                              -3-