1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6   Oakland, CA 94612
    Telephone: (510) 637-3680
7   Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov
8
9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,        )    No. CR 11-0312 SBA
                                     )
15       Plaintiff,                  )
                                     )    **STIPULATION AND  ORDER TO**
16       v.                          )    **CONTINUE SENTENCING FOR**
                                     )    **DEFENDANT MACKINNON**
17  PAUL SPENCER MACKINNON,          )
                                     )
18       Defendant.                  )
                                     )
19                                   )
                                     )
20  _____)

21       Defendant Paul Spencer Mackinnon pled guilty pursuant to a cooperation plea agreement
22  on before this Court on June 12, 2012.  He is currently scheduled to be sentenced on September
23  18, 2012.  The defendant has not ended his cooperation with the government, and moving
24  forward with sentencing would not be appropriate at this time.  Co-defendant Artem Martinov
25  has a status hearing before the duty magistrate on September 6, 2012, and co-defendant Michael
26  Jordan Usunov is currently calendared to change his plea.  The probation officer has been
27  consulted about this stipulation and she does not object.  Accordingly, the undersigned parties
28  now stipulate and ask the Court to find and hold as follows:

ORDER CONTINUING SENTENCING FOR DEF. MACKINNON
CR 11-0312 SBA

1. The sentencing hearing set for September 18, 2012 is rescheduled to *November 13, 2012 at 10:00 a.m* for a sentencing/status hearing.

IT IS SO STIPULATED.

DATED: August 7, 2012            /s/
                                 JOHN RUNFOLA
                                 Counsel for Paul Spencer Mackinnon

DATED: August 7, 2012            /s/
                                 BRIAN C. LEWIS
                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8/8/12                    *(signature)*
                                 SAUNDRA BROWN ARMSTRONG
                                 United States District Judge

ORDER CONTINUING SENTENCING FOR DEF. MACKINNON
CR 11-0312 SBA                                     -2-